**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**TERRY KING**                                                                                    **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO. 3:21CV44-MPM-JMV**

**CIGNA HEALTH AND LIFE**
**INSURANCE COMPANY**                                                               **DEFENDANT**

## ORDER

Before the Court is Defendant's unopposed motion [8] for an extension of time until fifteen days after service of an amended complaint to file an answer in this matter. The Court finds the motion should be granted in part and denied in part. Accordingly, the time for Defendant to file its answer is extended to June 23, 2021.

**SO ORDERED** this 25th day of May, 2021.

                                                                              /s/ Jane M. Virden
                                                                              U.S. Magistrate Judge